FAIRVIEW HEIGHTS CEMETERY COMPANY, APPELLANT,
v. THOMAS FAY, COLLECTOR, ETC., RESPONDENT.

Submitted December 10, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 427.

For the appellant, *Weller & Lichtenstein.*

For the respondent, *Edwards & Smith.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.